THOMAS GRAVES, PETITIONER-RESPONDENT, v. BURNS, LANE & RICHARDSON, RESPONDENT-APPELLANT.

Submitted February 17, 1933—Decided May 15, 1933.

For the defendant-appellant, *Collins & Corbin* (*Edward A. Markley*).

For the petitioner-respondent, *Arthur C. Dunn.*

PER CURIAM.

The evidence examined abundantly supports the findings of the Supreme Court. The judgment is therefore affirmed, for the reasons stated in the *per curiam* opinion of the Supreme Court reported *supra.*

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, CASE, BODINE, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.